(PC)Halfin v. Sisto et al                                                                                    Doc. 2

1

2

3

4

5          IN THE UNITED STATES DISTRICT COURT

6          FOR THE EASTERN DISTRICT OF CALIFORNIA

7

8   Abdul Hassan Halfin

9                Plaintiffs,

10      vs.

11  D.K. SISTO, et al.                          2:07-CV-01834 ALA (PC)

12              Defendants.                      ORDER

13  _____/

14          Plaintiffs are state prisoners proceeding pro se with a civil rights action pursuant

15  to 42 U.S.C. § 1983.

16          This Court has determined that each plaintiff should file a separate action.  Rule

17  21 of the Federal Rules of Civil Procedure provides "[p]arties may be dropped or added by order

18  of the court on motion of any party or of its own initiative at any stage of the action and on such

19  terms as are just.  Any claim against a party may be severed and proceeded with separately."

20  Fed. R. Civ. P. 21.  Courts have broad discretion regarding severance. *See Davis v. Mason*

21  *County*, 927 F.2d 1473, 1479 (9th Cir. 1991).

22          In the instant action, Plaintiffs are individuals in the custody of the California

23  Department of Corrections and Rehabilitation, presently confined at California State Prison-

24  Solano.  An action brought by multiple inmate plaintiffs proceeding pro se presents procedural

25  problems that cause delay and confusion.  Delay often arises from the frequent transfer of

26  inmates to other facilities or institutions, the changes in address that occur when inmates are

1  released to parole, and the difficulties faced by inmates who attempt to communicate with each

2  other and with unincarcerated individuals.

3          Accordingly, the Court will order that Plaintiffs' claims be severed. Mr.

4  Saif'ullah will proceed in this action, while Larry Hamza Din Galbert, Tasnim Abul Rasheed

5  Sandifer, Abul Hasan Grim, Abdul Hassan Halfin, Kolfani Smith, Shabah Harry Cooks, Hamza

6  Patrick Scott, and Lemont Williams will proceed in eight separate civil actions to be opened by

7  the Clerk of the Court. Larry Hamza Din Galbert, Tasnim Abul Rasheed Sandifer, Abul Hasan

8  Grim, Abdul Hassan Halfin, Kolfani Smith, Shabah Harry Cooks, Hamza Patrick Scott, and

9  Lemont Williams must proceed with his own action.

10         The Clerk of the Court will be directed to assign the new actions to the same

11 district judge assigned to the instant action. The Clerk of the Court shall make appropriate

12 adjustment in the assignment of civil cases to compensate for this reassignment.

13         Since the claims will be severed, Larry Hamza Din Galbert, Tasnim Abul

14 Rasheed Sandifer, Abul Hasan Grim, Abdul Hassan Halfin, Kolfani Smith, Shabah Harry Cooks,

15 Hamza Patrick Scott, and Lemont Williams will be given fifty-six days to file a separate,

16 amended complaint and a new application for leave to proceed in forma pauperis, using the

17 forms provided by the Court with this order. Larry Hamza Din Galbert, Tasnim Abul Rasheed

18 Sandifer, Abul Hasan Grim, Abdul Hassan Halfin, Kolfani Smith, Shabah Harry Cooks, Hamza

19 Patrick Scott, and Lemont Williams are each cautioned that if an individual action proceeds

20 further it is probable that each of them will incur a liability in the amount of the $350.00 filing

21 fee, which amount will be collected from the inmate's prison trust account.[1] *See* 28 U.S.C. §

22 1915(b).

23

24

25

26         [1] *See* Information to Prisoners Seeking Leave to Proceed with a Civil Action in Federal
Court In Forma Pauperis Pursuant to 28 U.S.C. § 1915.

1    In accordance with the above, IT IS HEREBY ORDERED that:

2    1. The claims of Larry Hamza Din Galbert, Tasnim Abul Rasheed Sandifer, Abul

3    Hasan Grim, Abdul Hassan Halfin, Kolfani Smith, Shabah Harry Cooks, Hamza Patrick Scott,

4    and Lemont Williams are severed from the action filed by Khalifah E.D. Saif'ullah;

5    2. Mr. Saif'ullah shall proceed as the sole plaintiff in case No. 2:07-cv-00486-

6    ALA;

7    3. The Clerk of the Court is directed to:

8    a. Open eight separate civil actions for Larry Hamza Din Galbert, Tasnim

9    Abul Rasheed Sandifer, Abul Hasan Grim, Abdul Hassan Halfin, Kolfani Smith,

10    Shabah Harry Cooks, Hamza Patrick Scott, and Lemont Williams;

11    b. Assign each action to the district judge to whom the instant case is

12    assigned and make appropriate adjustment in the assignment of civil cases to

13    compensate for such assignment;

14    c. File and docket a copy of this order in each of the eight files opened for

15    the plaintiffs listed in number 3a above;

16    d. Place a copy of the complaint, filed March 13, 2007, in each of the

17    eight files opened for the Plaintiffs listed in number 3a above;

18    e. Strike from the caption of each plaintiff's complaint all plaintiffs'

19    names except the name of the individual plaintiff proceeding in the action;

20    f. Send each plaintiff an endorsed copy of his complaint bearing the

21    amended caption and the case number assigned to his own individual action.

22    4. The complaint filed by Larry Hamza Din Galbert, Tasnim Abul Rasheed

23    Sandifer, Abul Hasan Grim, Abdul Hassan Halfin, Kolfani Smith, Shabah Harry Cooks, Hamza

24    Patrick Scott, and Lemont Williams is dismissed without prejudice;

25    5. The Clerk of the Court is directed to send Larry Hamza Din Galbert, Tasnim

26    Abul Rasheed Sandifer, Abul Hasan Grim, Abdul Hassan Halfin, Kolfani Smith, Shabah Harry

3

1  Cooks, Hamza Patrick Scott, and Lemont Williams a new form for filing a civil rights action

2  under 42 U.S.C. § 1983 and a new Application to Proceed In Forma Pauperis By a Prisoner; and

3              6.  Larry Hamza Din Galbert, Tasnim Abul Rasheed Sandifer, Abul Hasan Grim,

4  Abdul Hassan Halfin, Kolfani Smith, Shabah Harry Cooks, Hamza Patrick Scott, and Lemont

5  Williams are each granted fifty-six days from the date of service of this order to file an amended

6  complaint and a new application to proceed in forma pauperis, using the forms provided by the

7  Court with this order.  Larry Hamza Din Galbert, Tasnim Abul Rasheed Sandifer, Abul Hasan

8  Grim, Abdul Hassan Halfin, Kolfani Smith, Shabah Harry Cooks, Hamza Patrick Scott, and

9  Lemont Williams should be aware that each document submitted must bear the docket number

10 assigned to his own individual case, each complaint must be labeled "Amended Complaint," and

11 an original and two copies of this amended complaint must be filed.  Larry Hamza Din Galbert,

12 Tasnim Abul Rasheed Sandifer, Abul Hasan Grim, Abdul Hassan Halfin, Kolfani Smith, Shabah

13 Harry Cooks, Hamza Patrick Scott, and Lemont Williams should also be aware that his amended

14 complaint must comply with this Court's Order dated September 5, 2007.

15

16 DATED: September 5, 2007

17                                              /s/ Arthur L. Alarcón
                                               UNITED STATES CIRCUIT JUDGE
18                                             Sitting by Designation

19

20

21

22

23

24

25

26