IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ABUL HASAN HALFIN,

    Plaintiff,                               2:07-cv-01834 ALA P

    vs.

D.K. Sisto, et al.,

    Defendants.                         <u>ORDER</u>

_____/

        Plaintiff Abul Halfin is a state prisoner proceeding pro se in this action pursuant to 42 U.S.C. § 1983. On March 13, 2007, Plaintiff filed a complaint along with several other prisoners as part of a class action. That complaint was dismissed on September 5, 2007, and Plaintiff was ordered to file an amended complaint as an individual plaintiff within fifty-six days. Plaintiff has failed to file a complaint.

        Therefore, IT IS HEREBY ORDERED that Plaintiff's complaint is dismissed.

/////

DATED: January 28, 2008

                                                            /s/ Arthur L. Alarcón
                                                            UNITED STATES CIRCUIT  JUDGE
                                                            Sitting by Designation